UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ADAM REY LOPEZ,

Case No. 21-cv-08605-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On November 5, 2021, the instant action was opened when plaintiff, a state prisoner incarcerated at Centinela State Prison in Imperial, California, and proceeding *pro se*, filed a letter addressed to the Court. On that same date the Clerk of the Court sent a notice to plaintiff, informing him that his action could not go forward until he completed a civil rights complaint form and paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent plaintiff a blank civil rights complaint form and *in forma pauperis* application and told him that he must pay the fee or return the completed complaint form and IFP application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and plaintiff has not paid the filing fee, returned the complaint form and *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: December 16, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge